UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

SHEAN JACK HOLMES,

        Plaintiff,

3:22-cv-01521-SI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

-----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

    Before the Court is the Motion of Plaintiff, Shean Jack Holmes, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

    **IT IS HEREBY ORDERED** that attorney fees in the amount of Six Thousand Eight Hundred Thirty-Four Dollars and Seventy-Five Cents ($6,834.75) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred Two Dollars and Zero Cents ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Edward A. Wicklund. Any costs may be paid either by electronic fund transfer (EFT) or by check.

    Whether the check is made payable to Plaintiff or to Edward A. Wicklund, the check shall be mailed to Edward A. Wicklund at the following address:

    250 South Clinton Street
    Suite 210
    Syracuse, NY 13202

So ordered.

Date: June 13, 2024

_____
Michael A. Simon
United States District Judge

[Proposed Order proffer: Edward A. Wicklund; copy to Timothy A. Razel]